3:26-mj-00142

DISTRICT OF OREGON, ss:        AFFIDAVIT OF JOHN NICHOLAS OLIVER

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, John Nicholas Oliver, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since July 2022.  My current assignment is to the Portland Division and the Bend Resident Agency.  My training and experience includes investigating crimes involving firearms as well as crimes of violence in Indian Country. Before becoming a Special Agent, worked as a Police Officer and Detective for the Flagstaff Police Department in Arizona.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for Samuel Pablo-DeJesus, for Felon in Possession of a Firearm in violation of 18 U.S.C. Section 922(g)(1).  As set forth below, there is probable cause to believe, and I do believe, that Pablo-DeJesus committed Felon in Possession of a Firearm in violation of 18 U.S.C. Section 922(g)(1).

**Applicable Law**

3.      Title 18 U.S.C. Section 922(g)(1) provides that it shall be unlawful for any person who has been convicted in any court of; a crime punishable by imprisonment for a term exceeding one year; to ship or transport in interstate or foreign commerce, or possess in or affecting commerce, any firearm or ammunition; or to receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**Statement of Probable Cause**

4.      The following information, facts, and occurrences are the result of my knowledge, conversations with other law enforcement officers, and from my review of reports related to this

**Affidavit of John Nicholas Oliver**                                               **Page 1**

investigation. This affidavit is intended to show there is probable cause for the requested criminal complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

5.      Pablo-DeJesus was convicted of a felony crime of Domestic Violence, specifically Unlawful Use of a Weapon Constituting Domestic Violence on September 29, 2025 in the Circuit Court of the State of Oregon for the County of Multnomah, case number 24CR40813. In case 24CR40813, Pablo-DeJesus was also convicted of two counts of Recklessly Endangering Another Person on September 29, 2025 and sentenced to 90 days imprisonment on each count, which ran concurrently.

6.      On April 2, 2026, Pablo-DeJesus' Parole Officer ("PO"), Jerry Garza, informed the Warm Springs Police Department ("WSPD") officers that if they located Pablo-DeJesus, PO Garza would place a detainer on him. PO Garza stated Pablo-DeJesus was supposed to have a GPS monitor placed on his ankle the week prior but failed to appear. PO Garza advised WSPD Pablo-DeJesus was not to be anywhere in Central Oregon as a condition of his parole.

7.       Later that same day, Warm Springs Police officers observed Pablo-DeJesus walking near the intersection of East Tenino Road and Eliot Heights. Officer Cofer recognized Pablo-DeJesus from previous interactions and face tattoo. Officers placed Pablo-DeJesus under arrest. While searching Pablo-DeJesus incident to arrest, Detective King located a handgun in Pablo-DeJesus' right pants pocket. The firearm was a 9mm FN Reflex bearing serial number CCW0082369.  17 rounds of 9mm ammunition were located; 9 in the firearm magazine and 6 others in the backpack he was carrying.

8.      Based on Pablo-DeJesus' criminal history, I believe him to be a federal felon who

**Affidavit of John Nicholas Oliver**                                                          **Page 2**

is prohibited from possessing any firearm or ammunition, or from receiving any firearms or ammunition which have been shipped or transported in interstate commerce.

9.      Pablo-Dejesus is currently detained in Jefferson County, and has been since his arrest described above on April 2, 2026.

## Conclusion

10.      Based on the foregoing, I have probable cause to believe, and I do believe, that Pablo-DeJesus committed Felon in Possession of a Firearm in violation of 18 U.S.C. Section 922(g)(1).  I therefore request that the Court issue a criminal complaint and arrest warrant for **Samuel Pablo-DeJesus.**

11.      Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney ("AUSA") Jessica Keefer, and AUSA Keefer advised me that in her opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

*By phone pursuant to Fed. R. Crim. P. 4.1*
(JOHN NICHOLAS OLIVER
(Special Agent, FBI)

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 2:15 p.m. on May 27, 2026.

_____
HONORABLE JOLIE RUSSO
United States Magistrate Judge

**Affidavit of John Nicholas Oliver**                                    **Page 3**
                                                                          Rev. April 2018